# United States Court of Appeals
## For the First Circuit

No. 08-1978

SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY,
and THE WILDERNESS SOCIETY,

Plaintiffs, Appellants,

v.

THOMAS WAGNER, in his official capacity as Forest Supervisor of the
White Mountain National Forest; ABIGAIL KIMBELL, in her official
capacity as Chief of the United States Forest Service; EDWARD T.
SCHAFER, in his official capacity as Secretary of the United States
Department of Agriculture; and the UNITED STATES DEPARTMENT OF
AGRICULTURE,

Defendants, Appellees.

**ERRATA**

The opinion of this Court, issued on February 6, 2009, should be
amended as follows:

On page 5, paragraph 2, line 2, "<u>will</u>" should not be underlined.

On page 9, paragraph 1, line 4, "the" should be deleted and
"plan." should be changed to "plan[s].".

On page 14, paragraph 1, line 1, change "best evidence" to "best
available science".

On page 21, first full paragraph, line 2, eliminate "that" in
"its EAs that are lengthy".